UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators  provide the best possible mediation service in this case; it serves no other function.  Responses to this questionnaire are **not** confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 17-55259 |
| District Court/Agency Case Number(s): | 2:15-cv-03378-JFW-MRW |
| District Court/Agency Location: | United States District Court, Central District of California |
| Case Name: | Golden Boy Promotions, LLC, et al.  v.  Alan Haymon, et al. |
| If District Court, docket entry number(s) of order(s) appealed from: | Docket Nos. 339 and 341 |
| Name of party/parties submitting this form: | Golden Boy Promotions, LLC, Golden Boy Promotions, Inc. and Berna |

---

### Please briefly describe the dispute that gave rise to this lawsuit.

Plaintiffs are licensed boxing promoters and a professional boxer.  Defendants are boxing managers.  Plaintiffs allege that, beginning in 2015, Defendants embarked on a plan to monopolize the sport of boxing by tying Defendants' boxing management services with boxing promotional services in violation of federal and state law. Plaintiffs further contend that Defendants entered into networks of exclusive contracts designed to prevent Plaintiffs and other legitimate boxing promoters from promoting boxing matches involving boxer managed by Defendants.

### Briefly describe the result below and the main issues on appeal.

The District Court granted summary judgment in favor of the Defendants on Plaintiffs' first cause of action for attempted monopolization under the Sherman Act, Plaintiffs' second cause of action for unlawful tying under the Sherman Action and Plaintiffs' third cause of action for injunctive relief.  The District Court then declined to exercise supplemental jurisdiction over Plaintiffs' two state law claims and dismissed those claims without prejudice.

### Describe any proceedings remaining below or any related proceedings in other tribunals.

There is an arbitration between substantially the same parties currently pending before JAMS.  The claims in that arbitration are limited to breach of contract arising out of a settlement agreement among certain of the parties. However, there is some factual overlap between the two cases.

Provide any other thoughts you would like to bring to the attention of the mediator.

The parties have engaged in settlement discussions with Hon. Daniel Weinstein, Ret. of JAMS.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov.  Please provide the case name and Ninth Circuit case number in your message.  Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature | /s/ Ricardo P. Cestero

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for | Golden Boy Promotions, LLC, Golden Boy Promotions, Inc. and Bernard Hop

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **File this document electronically** in Appellate ECF by choosing Forms/Notices/Disclosure > File a Mediation Questionnaire.