**Golden Boy Promotions, LLC, et al. v. Alan Haymon, et al.**
**U.S. Court of Appeals for the Ninth Circuit**
**9th Circuit Case No. 17-55259**
**U.S. District Court Case No.: 2:15-cv-03378-JFW-MRW**

## SERVICE LIST

| | |
|---|---|
| Ricardo P. Cestero<br>Bertram Fields<br>James R. Molen<br>Greenberg Glusker Fields<br>  Claman & Machtinger LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067-4590 | *Attorneys for Plaintiffs Golden Boy Promotions, LLC, Golden Boy Promotions, Inc. and Bernard Hopkins*<br><br>T: 310-553-3610<br>F: 310-553-0687<br>E: RCestero@GreenbergGlusker.com<br>   BFields@ggfirm.com<br>   JMolen@GreenbergGlusker.com |
| John B. Quinn<br>Michael E. Williams<br>Adam Wolfson<br>Quinn Emanuel Urquhart<br>  and Sullivan LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543 | *Attorneys for Haymon Sports, LLC, Haymon Boxing Management, Haymon Boxing LLC, Haymon Holdings, LLC, Alan Haymon and Alan Haymon Development, Inc.*<br><br>T: 213-443-3000<br>F: 213-433-3100<br>E: johnquinn@quinnemanuel.com<br>   adamwolfson@quinnemanuel.com<br>   michaelwilliams@quinnemanuel.com<br>   HaymonCase@quinnemanuel.com |