UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 31 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>ALAN HAYMON; et al.,<br><br>        Defendants - Appellees. | No. 17-55259<br><br>D.C. No. 2:15-cv-03378-JFW-MRW<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

This case is RELEASED from the Mediation Program.

All further inquiries regarding this appeal, including request for extensions of time, should be directed to the Clerk's Office.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further settlement discussions.

The assessment conference, previously scheduled for June 13, 2017, is canceled.

                                              FOR THE COURT:

                                              Margaret Corrigan

bs/mediation                                       Circuit Mediator