*Appeal No. 17-55259*

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

GOLDEN BOY PROMOTIONS, LLC; BERNARD HOPKINS; GOLDEN BOY PROMOTIONS, INC.,

*Appellants,*

vs.

ALAN HAYMON; ALAN HAYMON DEVELOPMENT, INC.; HAYMON SPORTS, LLC; HAYMON BOXING MANAGEMENT; HAYMON BOXING, LLC; HAYMON HOLDINGS, LLC,

*Respondents.*

On Appeal From the United States District Court
for the Central District of California
Hon. John F. Walter, Case No. 15-cv-03378-JFW-MRW

## STIPULATED REQUEST FOR MODIFIED BRIEFING SCHEDULE

Ricardo P. Cestero, Bar No. 203230
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067-4590
Telephone: 310.553.3610
Facsimile: 310.553.0687

Attorneys for Appellant, GOLDEN BOY PROMOTIONS, LLC; BERNARD HOPKINS; GOLDEN BOY PROMOTIONS, INC.

17896-00625/2839810.2

Pursuant to FRAP 26(b) and 27 and Ninth Circuit Rule 31-2.2(b), Appellants Golden Boy Promotions, LLC, Golden Boy Promotions, Inc. and Bernard Hopkins (collectively, "Appellants") and Appellees Alan Haymon, Alan Haymon Development, Inc., Haymon Holdings, LLC, Haymon Sports, LLC, Haymon Boxing, LLC and Haymon Boxing Management (collectively, "Appellees") hereby stipulate and agree that this Court issue an order modifying the briefing schedule in this appeal.

WHEREAS pursuant to the Court's Time Schedule Order, Appellants' Opening Brief is currently due August 7, 2017, Appellee's Answering Brief is due September 5, 2017 and Appellants' Reply Brief is due fourteen (14) days after service of Appellee's Answering Brief;

WHEREAS, as set forth in more detail in the Declaration of Ricardo P. Cestero attached hereto, Appellants believe a substantial need exists to modify the briefing schedule;

WHEREAS Appellees believe the modification of the briefing the briefing schedule is in the best interest of the parties; and

WHEREAS there has been no previous request for an extension of the due date for any brief in this matter.

IT IS THEREFORE STIPULATED AND AGREED that the Court modify the briefing schedule as follows:

1. That the time for Appellants to file their Opening Brief be extended by eighty-one (81) days, to and including Friday, October 27, 2017.

2. That the time for Appellees to file their Answering Brief be extended by one hundred and one (101) days, to and including December 15, 2017.

3. That the time for Appellants to file their Reply Brief be extended from fourteen (14) days after service of the Appellee's Brief to thirty-two (32) days after service of the Appellee's Brief.

DATED: July 31, 2017       GREENBERG GLUSKER FIELDS
                            CLAMAN & MACHTINGER LLP


                            By: */s/ Ricardo P. Cestero*
                                RICARDO P. CESTERO
                                Attorneys for Appellants Golden Boy
                                Promotions, LLC, Golden Boy
                                Promotions, Inc and Bernard Hopkins

DATED: July 31, 2017       QUINN EMANUEL URQUHART &
                            SULLIVAN LLP


                            By: */s/ Michael E. Williams*
                                MICHAEL E. WILLIAMS
                                Attorneys for Appellees Haymon Sports
                                LLC, Haymon Boxing LLC, Haymon
                                Boxing Management and Haymon
                                Holdings LLC

Pursuant to Ninth Circuit Rule 25-5 (e), the undersigned hereby attests that counsel for Appellees Alan Haymon, Haymon Boxing LLC, Haymon Sports LLC, Haymon Holdings, LLC, Haymon Boxing Management and Haymon Development, Inc. has concurred in the filing of this document.

DATED: July 31, 2017          GREENBERG GLUSKER FIELDS
                              CLAMAN & MACHTINGER LLP


                              By: */s/ Ricardo P. Cestero*
                                  RICARDO P. CESTERO
                                  Attorneys for Appellants Golden Boy
                                  Promotions, LLC, Golden Boy
                                  Promotions, Inc and Bernard Hopkins

## DECLARATION OF RICARDO P. CESTERO

I, Ricardo P. Cestero, declare and state as follows:

1. I am an attorney licensed to practice before this Court and all of the courts in the State of California. I am a partner with the law firm of Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker"), and am one of the attorneys responsible for representing Appellants Golden Boy Promotions, LLC, Golden Boy Promotions, Inc. and Bernard Hopkins (collectively "Appellants") in this appeal. I submit this declaration in support of the parties' Stipulated Request for Modified Briefing Schedule. Except as otherwise stated, the matters set forth herein are of my own personal knowledge and if called as a witness I could and would competently testify as to the truthfulness thereof.

2. This appeal arises from the District Court's grant of summary judgment in favor of Appellees Alan Haymon, Alan Haymon Development, Inc., Haymon Holdings, LLC, Haymon Sports, LLC, Haymon Boxing, LLC and Haymon Boxing Management (collectively, "Appellees"). I was lead counsel for Appellants at the District Court level and participated in preparing the opposition papers to Appellee's motions for summary judgment. I am also lead counsel on this appeal and am therefore intimately familiar with the record in this appeal.

3. Pursuant the Time Schedule Order in this matter, Appellants' Opening Brief is currently due on August 7, 2017. Appellees' Answering Brief is due on September 5, 2017 and any reply is scheduled to be due 14 days after service of the

Answering Brief. No party has previously requested any extension of time.

4. The record on the underlying summary judgment motions is quite voluminous. The parties filed approximately 150 documents in connection with the summary judgment filings in the District Court. Most of those documents were filed under seal and redacted versions were filed in the public record. Including all briefs, declarations, documentary evidence and deposition testimony, the total record on the summary judgment motions is thousands of pages long.

5. Since filing the notice of appeal in this matter, I and others at my firm have been working on preparing Appellants' Opening Brief in this matter. However, given the size of the record and the number of issues to be addressed, additional time is needed to complete the briefing. Therefore, Appellants intend to, at a minimum, make a streamlined request for a thirty (30) day extension of time to file their Opening Brief. If such an extension were requested, Appellants' Opening Brief would be due September 6, 2017.

6. However, a September 6, 2017 due date will create scheduling difficulties for Appellants' counsel. Specifically, my partner, Bert Fields, who was previously lead counsel in the District Court and has been working closely with me on the case, will be on vacation in France for the second half of August. He would therefore only have one working day to review and comment on the brief after he returns from vacation and before the brief is due.

7. Moreover, Appellants and Appellees are parties to a related JAMS

arbitration proceeding currently pending before the Hon. Daniel Weinstein, Ret. That arbitration proceeding is set for hearing on September 26 and 27, 2017. Appellants believe that it would be better for all parties if the Opening Brief were filed after that arbitration, rather than before it.

8. Finally, the parties have been engaged in ongoing settlement discussions of their disputes, facilitated by Judge Weinstein. An extension of the briefing schedule on this appeal is likely to help facilitate those discussions.

I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California that the foregoing is true and correct.

Executed at Los Angeles, California on July 31, 2017.

                                              */s/ Ricardo P. Cestero*
                                              Ricardo P. Cestero

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Greenberg Glusker Fields Claman & Machtinger LLP, 1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067.

On July 31, 2017, I served the following documents: **STIPULATED REQUEST FOR MODIFIED BRIEFING SCHEDULE** on the interested parties in this action by electronically transmitting to the United States Court Clerk's Office using the CM/ECF System for filing and transmittal:

| | |
|---|---|
| John B. Quinn | *Attorneys for Defendant-Appellee* |
| Michael Ernest Williams | T: (213) 443-3251 |
| Adam Wolfson | F: (213) 443-3100 |
| Quinn Emanuel Urquhart & Sullivan, LLP | E: johnquinn@quinnemanuel.com |
| 865 South Figueroa Street, 10th Floor | E: michaelwilliams@quinnemanuel.com |
| Los Angeles, CA 90017 | E: adamwolfson@quinnemanuel.com |

☒ **(BY CM/ECF)** The document(s) listed above were also served on July 31, 2017 by electronic service by electronically filing said documents with the U.S. Court of Appeal, Ninth Circuit Case Management/Electronic Case Filing (CM/ECF) system. Upon completion of transmission of said documents, a Notice of Electronic Filing (NEF) was issued to the filing party acknowledging receipt of said documents by the CM/ECF system and that notice had been electronically mailed to all parties.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 31, 2017, at Los Angeles, California.

|  |  |
|---|---|
| Kristine Nicolas | /s/ Kristine Nicolas |
|  | Signature |