**FILED**

UNITED STATES COURT OF APPEALS

AUG 2 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ALAN HAYMON; et al., <br><br> Defendants-Appellees. | No. 17-55259 <br><br> D.C. No. 2:15-cv-03378-JFW-MRW <br> Central District of California, Los Angeles <br><br> ORDER |

The parties' stipulated request (Docket Entry No. 5) for modified briefing schedule is construed as an unopposed motion for an extension of time to file the briefs. So construed, the motion is granted.

The amended briefing schedule is as follows: the opening brief is due October 27, 2017; the answering brief is due December 15, 2017; and the optional reply brief is due within 32 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Alihandra Totor
Deputy Clerk
Ninth Circuit Rule 27-7

amt/Pro Mo 01Aug2017