No. 17-55259

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC et al., | ) ) ) |
| Plaintiffs-Appellants, | ) ) |
| v. | ) ) |
| ALAN HAYMON, et al., | ) ) |
| Defendants-Appellees. | ) ) ) |

_____

**APPELLEES' REQUEST FOR SUBSTITUTION OF COUNSEL**
_____

Appeal from the United States District Court
for the Central District of California
No. 2:15-cv-3378-JFW-MRW
Honorable John F. Walter, United States District Judge

JAMES & ASSOCIATES
BECKY JAMES (CA Bar # 151419)
E-mail: BJames@JamesAA.com
23564 Calabasas Road, Suite 201
Calabasas, CA 91302
Telephone: (310) 492-5104
Facsimile: (888)711-7103

Counsel for Defendants-Appellees
**ALAN HAYMON, et al.**

Defendants-Appellees Alan Haymon, Alan Haymon Development, Inc., Haymon Sports, LLC, Haymon Boxing Management, Haymon Boxing, LLC, and Haymon Holdings, LLC, hereby request that James & Associates, represent them as counsel of record on this appeal in place of present counsel, Quinn Emanuel Urquhart & Sullivan, LLP.

I hereby consent to the above request:

Dated:   August  _28_ , 2017

By:_____
    Becky S. James, Esq.
    JAMES & ASSOCIATES
    Substitute counsel for  Appellees
    ALAN HAYMON, et al.

Dated:   August  _28__ , 2017

By:_____
    Michael E. Williams, Esq.
    QUINN EMANUEL URQUHART
    & SULLIVAN
    Present Counsel for   Appellees
    ALAN HAYMON, et al.

## CERTIFICATE OF SERVICE

*Golden Boy Promotions LLC, et al. v. Alan Haymon, et al.*, No. 17-55259

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on August 28, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 28, 2017, in Los Angeles, California.

 /s/ Becky S. James
Becky S. James