*Appeal No. 17-55259*

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

GOLDEN BOY PROMOTIONS, LLC; BERNARD HOPKINS; GOLDEN BOY PROMOTIONS, INC.,

*Appellants,*

vs.

ALAN HAYMON; ALAN HAYMON DEVELOPMENT, INC.; HAYMON SPORTS, LLC; HAYMON BOXING MANAGEMENT; HAYMON BOXING, LLC; HAYMON HOLDINGS, LLC,

*Respondents.*

On Appeal From the United States District Court
for the Central District of California
Hon. John F. Walter, Case No. 15-cv-03378-JFW-MRW

**STIPULATION FOR DISMISSAL OF APPEAL**

Ricardo P. Cestero, Bar No. 203230
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067-4590
Telephone: 310.553.3610
Facsimile: 310.553.0687

Attorneys for Appellant, GOLDEN BOY PROMOTIONS, LLC; BERNARD HOPKINS; GOLDEN BOY PROMOTIONS, INC.

17896-00625/2839799.1

Pursuant to Federal Rules of Appellate Procedure, Rule 42, Plaintiffs and Appellants Golden Boy Promotions, LLC, Golden Boy Promotions, Inc. and Bernard Hopkins (collectively, "Golden Boy") and Defendants and Appellees Alan Haymon, Haymon Development, Inc., Haymon Sports, LLC, Haymon Boxing Management, Haymon Boxing, LLC and Haymon Properties, LLC (collectively, the "Haymon Parties") hereby stipulate and agree that this appeal shall be dismissed with prejudice, each party to bear its own costs and attorney fees in connection with this appeal.

DATED: October 25, 2017	GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: */s/ Ricardo P. Cestero*
RICARDO P. CESTERO
Attorneys for Appellant GOLDEN BOY PROMOTIONS, LLC; BERNARD HOPKINS; GOLDEN BOY PROMOTIONS, INC.

DATED: October 25, 2017	JAMES & ASSOCIATES

By: */s/ Becky S. James*
BECKY S. JAMES
Attorneys for APELLEES HAYMON SPORTS LLC, HAYMON BOXING LLC, HAYMON BOXING MANAGEMENT AND HAYMON HOLDINGS LLC

17896-00625/2839799.1

2

Pursuant to Ninth Circuit Rule 25-5 (e), the undersigned hereby attests that counsel for Appellees Alan Haymon, Haymon Boxing LLC, Haymon Sports LLC, Haymon Holdings, LLC, Haymon Boxing Management and Haymon Development, Inc. has concurred in the filing of this document.

DATED: October 25, 2017

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: */s/ Ricardo P. Cestero*
RICARDO P. CESTERO
Attorneys for Appellant GOLDEN BOY
PROMOTIONS, LLC; BERNARD
HOPKINS; GOLDEN BOY
PROMOTIONS, INC.