FILED

OCT 27 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ALAN HAYMON; et al., <br><br> Defendants-Appellees. | No. 17-55259 <br><br> D.C. No. 2:15-cv-03378-JFW-MRW <br> Central District of California, Los Angeles <br><br> ORDER |

Pursuant to the stipulation (Docket Entry No. 12) under Federal Rule of Appellate Procedure 42(b) by appellants and appellees, it is ordered that appeal No. 17-55259 be dismissed. Costs shall be allocated pursuant to the stipulation.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Alihandra Totor
Deputy Clerk
Ninth Circuit Rule 27-7

amt/Pro Mo 26Oct2017